IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT HARMON, : | |
| Petitioner, : | CIVIL ACTION |
| : | No. 2:23-cv-00710-AB |
| v. : | |
| : | |
| JOSEPH TERRA, et al., : | |
| Respondents. : | |

**ORDER**

**AND NOW,** this 10th day of December, 2024, upon careful and independent consideration of the Petition for Writ of Habeas Corpus ("the Petition") and the parties' briefs and related filings, and after review of the Report and Recommendation of United States Magistrate Scott W. Reid, to which no objections have been made,[1] it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition is **GRANTED IN PART** and **DENIED IN PART**. The Petition is **GRANTED** as to Count Eight (that Petitioner's trial counsel rendered ineffective assistance relating to Regina Pepples).[2] The Petition is otherwise **DENIED** as to all other Counts.

3. Petitioner's first-degree murder conviction is **VACATED**.

4. The matter is **REMANDED** to the Philadelphia County Court of Common Pleas. Within 180 days of the entry of this Order, the Commonwealth shall **RETRY** Petitioner or **RELEASE** him from custody.

s/ANITA B. BRODY, J.<br>ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] On November 26, 2024, Respondents filed a letter indicating they have no objections to Judge Reid's Report and Recommendation. *See* Letter, ECF No. 29.

[2] *See* Pet. 68 ¶ 8, ECF No. 1.