IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OFFICE OF JUDICIAL RECORDS
CRIMINAL JUSTICE CENTER, SUITE 310
1301 FILBERT ST.
PHILADELPHIA, AP 19107

DATE: December 11, 2024

RE: HARMON VS. TERRA
Civil Action No. 23-710
County Criminal No. CP-0013137-2009

To the Clerk:

The above captioned case has now been disposed of, and we are returning the State Court Record which was ordered to this Court by United States Magistrate Judge Scott W. Reid on April 5, 2023.

Very truly yours,

　s/Joseph B. Walton　
Deputy Clerk to Judge Anita B. Brody

Encl.

cc: Clerk of Court for filing

-----------------------------------------------------------------

Please sign and return this letter to ECF_Documents@paed.uscourts.gov as a receipt for the return of the State Court.

SIGNATURE:

DATE:

Rev. (4/21)