IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT HARMON,** | : | Civil Action |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH TERRA, et al.,** | : | No. 23-0710 |
| Respondents. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Katherine Ernst hereby withdraws her appearance on behalf of the Respondents in the above-captioned matter.

                                        Respectfully submitted,

                                        */s/ Katherine Ernst*
                                        Katherine Ernst
                                        Assistant District Attorney
                                        Philadelphia District Attorney's Office

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2025, a copy of the foregoing notice was served to all Parties via ECF.

                                        Respectfully submitted,

                                        */s/ Katherine Ernst*
                                        Katherine Ernst
                                        Assistant District Attorney
                                        Philadelphia District Attorney's Office