# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT HARMON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH TERRA, et al., | : | No. 23-cv-0710 |
| Respondents. | : | |

## NOTICE OF APPEARANCE

Peter F. Andrews hereby enters his appearance on behalf of the Respondents in this case.

Respectfully submitted,

/s/
PETER F. ANDREWS
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov

# CERTIFICATE OF SERVICE

I, Peter F. Andrews, certify that on September 23, 2025, I served a copy of this response on all counsel of record via the Court's CM/ECF system.

/s/
PETER F. ANDREWS
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
